1  JOSEPH S. LEVENTHAL (SBN 221043)
   joseph.leventhal@dinsmore.com
2  DINSMORE & SHOHL LLP
3  655 West Broadway, Suite 800
   San Diego, California 92101
4  Ph:  619-400-0500
5  Fx:  619-400-0501

6
   Counsel for Applicant/Defendant
7  ARMSTRONG LABORATORIOS DE MEXICO S.A. DE C.V.

8              **UNITED STATES DISTRICT COURT**
9              **SOUTHERN DISTRICT OF CALIFORNIA**
10

11 | ALXIGNA INC. and MPREZAS, INC., | Civil Action No. **'23CV1584 BTM WVG** |
|---|---|
| Opposers/Plaintiffs, | Trademark Trial and Appeal Board Proceeding No: 91235782 |
| v. | |
| ARMSTRONG LABORATORIOS DE MEXICO S.A. DE C.V., | **MISCELLANEOUS ACTION: NOTICE OF MOTION AND MOTION OF ARMSTRONG LABORATORIOS DE MEXICO S.A. DE C.V. TO COMPEL COMPLIANCE WITH SUBPOENAS** |
| Applicant/Defendant. | |
| | Date: TBD<br>Time: TBD<br>Courtroom: TBD |

1
NOTICE OF MOTION AND MOTION OF ARMSTRONG LABORATORIOS DE MEXICO S.A.
DE C.V. TO COMPEL COMPLIANCE WITH SUBPOENAS

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 37(a), 34(c) and 45, Applicant and Defendant Armstrong Laboratorios de Mexico S.A. de C.V. ("Armstrong") will move the Court for entry of an order compelling third-parties OPMX LLC ("OPMX") and Fernando Eduardo Bedoy Garces ("Bedoy") (collectively, the "Third-Parties") to produce documents responsive to the respective Subpoenas to Produce Documents, Information, and Objects in a Civil Action (the "Production Subpoenas") and to testify pursuant to the respective Subpoenas to Testify at a Deposition in a Civil Action (the "Deposition Subpoenas") (collectively, the "Subpoenas") served in connection with an action pending in the Trademark Trial and Appeal Board ("TTAB" or "Board"), *Alxigna Inc. and Mprezas Inc. v. Armstrong Laboratorios de Mexico S.A. de C.V.*, Proceeding No. 91235782 (the "Underlying Action"). Armstrong requests that the Court compel OPMX to: (1) produce to Armstrong all documents responsive to its Production Subpoena, including documents showing its use of the HAIRKLYN mark and relationship with its purported subsequent owners, and documents relating to its other previous trademark filings; and (2) testify at a deposition. Armstrong requests the Court compel Bedoy: to (1) produce to Armstrong all documents responsive to its Production Subpoena, including documents related to his involvement with OPMX and any other entities responsible for the creation, distribution or sale of goods bearing the HAIRKLYN mark; and (2) testify at a deposition. This motion is based on this Notice and Motion, the concurrently filed Memorandum of Points and Authorities, the Declaration of Joseph Leventhal, and the materials attached thereto, including relevant discovery responses of Mprezas, Inc. ("Mprezas") and Alxigna Inc. ("Alxigna") (collectively, "Opposers").

## LOCAL RULE 26.1 CERTIFICATION

Pursuant to Local Civil Rule 26.1, the undersigned counsel for Armstrong represents that counsel for Armstrong requested to meet-and-confer in good faith with counsel for the Third-Parties to resolve the disputed matter that is the subject of this

motion. Counsel for the Third-Parties refused to meet-and-confer. Despite the good faith efforts of Armstrong's counsel, the efforts to arrange a meet-and-confer were unsuccessful. Therefore, in accordance with Local Civil Rule 26.1, counsel for Armstrong moves to compel and also requests a payment of reasonable expenses including attorney's fees.

Respectfully submitted,

Dated:  August 29, 2023            DINSMORE & SHOHL LLP


By: *s/ Joseph S. Leventhal*
JOSEPH S. LEVENTHAL
Counsel for Applicant
ARMSTRONG LABORATORIOS
DE MEXICO S.A. DE C.V.