# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALXIGNA INC. and MPREZAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARMSTRONG LABORATORIOS DE MEXICO S.A. DE C.V., <br><br> Applicant/Defendant, <br><br> v. <br><br> OPMX, LLC and FERNANDO EDUARDO BEDOY GARCES, <br><br> Third-Party Witnesses. | Case No. 23-cv-1584-BTM-KSC <br><br> **ORDER GRANTING JOINT MOTION TO AMEND DATES** <br><br> **[ECF NO. 13]** |

The Court has considered the Joint Motion to Amend Dates in Order and Judgment submitted by third parties OPMX, LLC ("OPMX") and Fernando Eduardo Bedoy Garces ("Bedoy") and Applicant/Defendant Armstrong Laboratorios de Mexico S.A. de C.V.

For good cause shown, the Order Granting Motion to Compel (ECF No. 11) and Judgment In A Civil Case (ECF No. 12) are modified as follows:  Third parties OPMX and Bedoy have until November 27, 2023, to comply with document

production pursuant to the subpoenas and until December 1, 2023, to comply with depositions pursuant to the subpoenas.

**IT IS SO ORDERED.**

Dated: November 24, 2023

Honorable Barry Ted Moskowitz
United States District Judge