Darren J. Quinn (149679)
LAW OFFICES OF DARREN J. QUINN
12702 Via Cortina, Suite 105
Del Mar, CA 92014
Tel: 858-509-9401

*Attorneys for Third Party Subpoena Objectors OPMX, LLC and Fernando Eduardo Bedoy Garces*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALXIGNA INC., and MPREZAS INC., | Case No. 23-cv-1584-BTM-WVG |
| Opposers/Plaintiffs, | [Trademark Trial and Appeal Board Opposition Proceeding No. 91235782] |
| v. | **NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |
| ARMSTRONG LABORATORIOS DE MÉXICO S.A. DE C.V., | |
| Applicant/Defendant | |
| v. | |
| OPMX, LLC and FERNANDO EDUARDO BEDOY GARCES, | |
| Third-Party Witnesses. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that OPMX, LLC and FERNANDO EDUARDO BEDOY GARCES hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment In A Civil Case [Dkt. 12].

Pursuant to Ninth Circuit Rule 3-2(b), defendant attaches a Representation Statement that identifies all relevant parties to the action along with the names, addresses and telephone numbers of their respective counsel.

This notice of appeal effectively stays compliance of the subpoenas by the dates set forth in the Order Granting Joint Motion to Amend Dates [Dkt. 14]. "As a general rule, the filing of a notice of appeal divests a district court of jurisdiction over those aspects of the case involved in the appeal." *Stein v. Wood*, 127 F.3d 1187, 1189 (9th Cir. 1997). *See Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58, 103 S. Ct. 400, 402 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance -- it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal."); *Marrese v. Am. Acad. of Orthopaedic Surgeons*, 470 U.S. 373, 379, 105 S. Ct. 1327, 1331 (1985) (citing *Griggs* "In general, filing of a notice of appeal confers jurisdiction on the court of appeals and divests the district court of control over those aspects of the case involved in the appeal.").

Dated: November 27, 2023  Respectfully submitted by:

LAW OFFICES OF DARREN J. QUINN
DARREN J. QUINN

      s/s Darren J. Quinn
Darren J. Quinn

12702 Via Cortina, Suite 105
Del Mar, California 92014
Tel: 858-509-9401
Email: **dq@dqlaw.com**

*Attorneys for Third Party Subpoena Objectors OPMX, LLC and Fernando Eduardo Bedoy Garces*

# REPRESENTATION STATEMENT
### (Ninth Circuit Rule 3-2(b))

Parties to the Appeal

Appellant/Third Party Subpoena Objector:   OPMX, LLC

Appellant/Third Party Subpoena Objector:   Fernando Eduardo Bedoy Garces

Appellee/Defendant/Subpoena Issuer:   Armstrong Laboratorios De México S.A. DE C.V.

*Counsel for Appellants/Third Party Subpoena Objectors OPMX, LLC and Fernando Eduardo Bedoy Garces*

Darren J. Quinn (149679)
LAW OFFICES OF DARREN J. QUINN
12702 Via Cortina, Suite 105
Del Mar, CA 92014
Tel: (858) 509-9401
Email: dq@dqlaw.com

*Counsel for Appellee/Defendant/Third Party Subpoena Issuer Armstrong Laboratorios De México S.A. DE C.V.*

Joseph Leventhal
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California 92101
Tel:  619-400-0500
Email:  joseph.leventhal@dinsmore.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

– NOTICE OF APPEAL AND REPRESENTATION STATEMENT

                                  s/s/ Darren J. Quinn