# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALXIGNA INC. and MPREZAS, INC., | Case No. 23-cv-1584-BTM-WVG |
| Opposers/Plaintiffs, | |
| v. | [Trademark Trial and Appeal Board Proceeding No: 91235782] |
| ARMSTRONG LABORATORIOS DE MEXICO S.A. DE C.V., | **JOINT STIPULATION OF DISMISSAL** |
| Applicant/Defendant. | |
| OPMX, LLC and FERNANDO EDUARDO BEDOY GARCES, | |
| Third-Party Witnesses. | |

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Defendant Armstrong Laboratorios de Mexico S.A. de C.V. and Third-Party Witnesses OPMX, LLC and Fernando Eduardo Bedoy Garces hereby jointly stipulate to the dismissal of this action.

Respectfully submitted,

Dated: February 5, 2024         By:  *s/ Joseph S. Leventhal /*
                                     Joseph S. Leventhal
                                     Dinsmore & Shohl LLP
                                     655 West Broadway, Suite 800
                                     San Diego, California 92101
                                     joseph.leventhal@dinsmore.com
                                     *Counsel for Applicant/Defendant*
                                     ARMSTRONG LABORATORIOS
                                     DE MEXICO S.A. DE C.V.

                                     *s/ Darren J. Quinn /*
                                     Darren J. Quinn
                                     Law Offices of Darren J. Quinn
                                     12702 Via Cortina, Suite 105
                                     Del Mar, California 92014
                                     dq@dqlaw.com
                                     *Counsel for Third Parties*
                                     OPMX, LLC and Fernando Eduardo
                                     Bedoy Garces